# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

CLAY WILLIAMS, #15248-05; and                                          PLAINTIFFS
ROBERT SCHROEDER, #14897-05

V.                   NO: 4:05CV01347 JLH/HDY

JOHNSON, *et al.*                                                      DEFENDANTS

## **ORDER**

       The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

       IT IS THEREFORE ORDERED THAT Plaintiffs' Complaint (docket entry #2) is DISMISSED WITHOUT PREJUDICE.

       DATED this 1st day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE